# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Demetrius Kern, | : | Case No.: 1:23-cv-01327 |
| | : | |
| Plaintiff, | : | Judge Charles Esque Fleming |
| | : | |
| vs. | : | |
| | : | |
| Naftali Wolf, *et al.*, | : | |
| | : | |
| Defendant. | : | |

## AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

Now comes Defendant, Naftali Wolf ("Defendant"), by and through counsel, and for his Amended Answer to Plaintiff's Complaint, sets forth as follows:

## FIRST DEFENSE

For his first defense, Defendant responds to the numbered paragraphs of Plaintiff's Complaint, in like numbered paragraphs, as follows:

1. Paragraph 1 of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent Paragraph 1 of Plaintiff's Complaint contains factual allegations, such allegations are denied.

2. Defendant admits that Plaintiff is a black male. Defendant denies the remaining allegations in Paragraph 2 of Plaintiff's Complaint for want of knowledge.

3. Defendant admits the allegations in Paragraph 3 of Plaintiff's Complaint.

4. Defendant admits the allegations in Paragraph 4 of Plaintiff's Complaint.

5. Paragraph 5 of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent Paragraph 5 of Plaintiff's Complaint contains factual allegations, such allegations are denied.

6. Paragraph 6 of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent Paragraph 6 of Plaintiff's Complaint contains factual allegations, such allegations are denied.

7. Paragraph 7 of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent Paragraph 7 of Plaintiff's Complaint contains factual allegations, such allegations are denied.

8. Paragraph 8 of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent Paragraph 8 of Plaintiff's Complaint contains factual allegations, such allegations are denied.

9. Defendant denies the allegations in Paragraph 9 of Plaintiff's Complaint for want of knowledge.

10. Defendant denies the allegations in Paragraph 10 of Plaintiff's Complaint.

11. Defendant denies the allegations in Paragraph 11 of Plaintiff's Complaint.

12. Defendant denies the allegations in Paragraph 12 of Plaintiff's Complaint for want of knowledge.

13. Defendant denies the allegations in Paragraph 13 of Plaintiff's Complaint for want of knowledge.

14. Defendants admits that he arrived on scene and approached Plaintiff. Defendant denies the remaining allegations in Paragraph 14 of Plaintiff's Complaint.

15. Defendant denies the allegations in Paragraph 15 of Plaintiff's Complaint.

16. Admit that Plaintiff said, "You don't even know what's going on," and Defendant said, "You're right, I don't." Defendant denies the remaining allegations in Paragraph 16 of Plaintiff's Complaint.

17. Defendant admits the allegations in Paragraph 17 of Plaintiff's Complaint.

18. Defendant admits that he said, "Because what you are doing right now is against the law." Defendant denies the remaining allegations in Paragraph 18 of Plaintiff's Complaint.

19. Defendant admits that he said, "Then you should have pulled over for lights and sirens," and that Plaintiff stated that there was a "disconnect." Defendant denies the remaining allegations in Paragraph 19 of Plaintiff's Complaint.

20. Defendant denies the allegations in Paragraph 20 of Plaintiff's Complaint.

21. Defendant admits that Defendant said, "Well now you are going to be under arrest because what you are doing is illegal. I can charge you for interfering with a traffic stop." Defendant denies the remaining allegations in Paragraph 21 of Plaintiff's Complaint.

22. Defendant admits the allegations in Paragraph 22 of Plaintiff's Complaint.

23. Defendant admits the allegations in Paragraph 23 of Plaintiff's Complaint.

24. Defendant admits that he told Plaintiff he failed to yield to lights and sirens. Defendant denies the remaining allegations in Paragraph 24 of Plaintiff's Complaint.

25. Defendant denies the allegations in Paragraph 25 of Plaintiff's Complaint.

26. Defendant admits the allegations in Paragraph 26 of Plaintiff's Complaint.

27. Defendant admits the allegations in Paragraph 27 of Plaintiff's Complaint.

28. Defendant denies the allegations in Paragraph 28 of Plaintiff's Complaint.

29. Defendant admits that he radioed dispatch and informed them he had a "male who is obstructing." Defendant denies the remaining allegations in Paragraph 29 of Plaintiff's Complaint.

30. Defendant admits that Lewis asked Plaintiff for his identification. Defendant denies the remaining allegations in Paragraph 30 of Plaintiff's Complaint.

31. Defendant denies the allegations in Paragraph 31 of Plaintiff's Complaint.

32. Defendant denies the allegations in Paragraph 32 of Plaintiff's Complaint.

33. Defendant admits the allegations in Paragraph 33 of Plaintiff's Complaint.

34. Defendant denies the allegations in Paragraph 34 of Plaintiff's Complaint.

35. Defendant admits the allegations in Paragraph 35 of Plaintiff's Complaint.

36. Defendant denies the allegations in Paragraph 36 of Plaintiff's Complaint.

37. Defendant admits the allegations in Paragraph 37 of Plaintiff's Complaint.

38. Defendant admits the allegations in Paragraph 38 of Plaintiff's Complaint.

39. Defendant admits that Plaintiff was placed in handcuffs. Defendant denies the remaining allegations in Paragraph 39 of Plaintiff's Complaint.

40. Defendant denies the allegations in Paragraph 40 of Plaintiff's Complaint.

41. Defendant denies the allegations in Paragraph 41 of Plaintiff's Complaint.

42. Defendant denies the allegations in Paragraph 42 of Plaintiff's Complaint.

43. Defendant denies the allegations in Paragraph 43 of Plaintiff's Complaint.

44. Defendant admits that he reached into Plaintiff's pockets. Defendant denies the remaining allegations in Paragraph 44 of Plaintiff's Complaint.

45. Defendant admits that Plaintiff stated Defendant was violating his rights. Defendant denies the remaining allegations in Paragraph 45 of Plaintiff's Complaint.

46. Defendant admits he said, "I'm not putting up with your bullshit." Defendant denies the remaining allegations in Paragraph 46 of Plaintiff's Complaint.

47. Defendant denies the allegations in Paragraph 47 of Plaintiff's Complaint.

48. Defendant denies the allegations in Paragraph 48 of Plaintiff's Complaint.

49. Defendant denies the allegations in Paragraph 49 of Plaintiff's Complaint.

50. Defendant admits he said, "We can't. He is in handcuffs." Defendant denies the remaining allegations in Paragraph 50 of Plaintiff's Complaint.

51. Defendant admits he said Plaintiff could come to court. Defendant denies the remaining allegations in Paragraph 51 of Plaintiff's Complaint.

52. Defendant denies the allegations in Paragraph 52 of Plaintiff's Complaint.

53. Defendant denies the allegations in Paragraph 53 of Plaintiff's Complaint for want of knowledge.

54. Defendant admits the Plaintiff was cited for obstructing official business and that the charge was eventually dismissed. Defendant denies the remaining allegations in Paragraph 54 of Plaintiff's Complaint.

55. Defendant denies the allegations in Paragraph 55 of Plaintiff's Complaint.

56. Defendant denies the allegations in Paragraph 56 of Plaintiff's Complaint.

57. Defendant denies the allegations in Paragraph 57 of Plaintiff's Complaint.

58. Defendant denies the allegations in Paragraph 58 of Plaintiff's Complaint for want of knowledge.

59. Defendant denies the allegations in Paragraph 59 of Plaintiff's Complaint.

60. Defendant denies the allegations in Paragraph 60 of Plaintiff's Complaint for want of knowledge.

61. Defendant denies the allegations in Paragraph 61 of Plaintiff's Complaint.

62. Defendant reincorporates Paragraphs 1 through 61, above, as if fully rewritten herein.

63. Paragraph 63 of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent Paragraph 63 of Plaintiff's Complaint contains factual allegations, such allegations are denied.

64. Defendant denies the allegations in Paragraph 64 of Plaintiff's Complaint.

65. Defendant denies the allegations in Paragraph 65 of Plaintiff's Complaint.

66. Defendant denies the allegations in Paragraph 66 of Plaintiff's Complaint.

67. Defendant denies the allegations in Paragraph 67 of Plaintiff's Complaint.

68. Defendant denies the allegations in Paragraph 68 of Plaintiff's Complaint.

69. Defendant denies the allegations in Paragraph 69 of Plaintiff's Complaint.

70. Defendant denies the allegations in Paragraph 70 of Plaintiff's Complaint.

71. Defendant denies the allegations in Paragraph 71 of Plaintiff's Complaint.

72. Defendant denies that Plaintiff is entitled to the damages sought in Paragraph 72 of Plaintiff's Complaint. Defendant denies the remaining allegations in Paragraph 72 of Plaintiff's Complaint.

73. Defendant denies that Plaintiff is entitled to the damages sought in Paragraph 73 of Plaintiff's Complaint.

74. Defendant reincorporates Paragraphs 1 through 73, above, as if fully rewritten herein.

75. Defendant denies the allegations in Paragraph 75 of Plaintiff's Complaint.

76. Defendant denies the allegations in Paragraph 76 of Plaintiff's Complaint.

77. Defendant denies the allegations in Paragraph 77 of Plaintiff's Complaint.

78. Defendant denies the allegations in Paragraph 78 of Plaintiff's Complaint.

79. Defendant denies the allegations in Paragraph 79 of Plaintiff's Complaint.

80. Defendant denies the allegations in Paragraph 80 of Plaintiff's Complaint.

81. Defendant denies the allegations in Paragraph 81 of Plaintiff's Complaint.

82. Defendant denies the allegations in Paragraph 82 of Plaintiff's Complaint.

83. Defendant denies that Plaintiff is entitled to the damages sought in Paragraph 83 of Plaintiff's Complaint. Defendant denies the remaining allegations in Paragraph 83 of Plaintiff's Complaint.

84. Defendant denies that Plaintiff is entitled to the damages sought in Paragraph 84 of Plaintiff's Complaint.

85. Defendant reincorporates Paragraphs 1 through 84, above, as if fully rewritten herein.

86. Defendant denies the allegations in Paragraph 86 of Plaintiff's Complaint.

87. Defendant denies the allegations in Paragraph 87 of Plaintiff's Complaint.

88. Defendant denies the allegations in Paragraph 88 of Plaintiff's Complaint.

89. Defendant denies the allegations in Paragraph 89 of Plaintiff's Complaint.

90. Defendant denies the allegations in Paragraph 90 of Plaintiff's Complaint.

91. Defendant reincorporates Paragraphs 1 through 90, above, as if fully rewritten herein.

92. Defendant denies the allegations in Paragraph 92 of Plaintiff's Complaint.

93. Defendant denies the allegations in Paragraph 93 of Plaintiff's Complaint.

94. Defendant denies that Plaintiff is entitled to the damages sought in Paragraph 94 of Plaintiff's Complaint. Defendant denies the remaining allegations in Paragraph 94 of Plaintiff's Complaint.

95. Defendant denies the allegations in Paragraph 95 of Plaintiff's Complaint.

96. Defendant reincorporates Paragraphs 1 through 95, above, as if fully rewritten herein.

97. Defendant denies the allegations in Paragraph 97 of Plaintiff's Complaint.

98. Defendant denies the allegations in Paragraph 98 of Plaintiff's Complaint.

99. Defendant denies the allegations in Paragraph 99 of Plaintiff's Complaint.

100. Defendant denies that Plaintiff is entitled to the damages sought in Paragraph 100 of Plaintiff's Complaint. Defendant denies the remaining allegations in Paragraph 100 of Plaintiff's Complaint.

101. Defendant denies the allegations in Paragraph 101 of Plaintiff's Complaint.

102. Defendant reincorporates Paragraphs 1 through 101, above, as if fully rewritten herein.

103. Defendant denies the allegations in Paragraph 103 of Plaintiff's Complaint.

104. Defendant denies the allegations in Paragraph 104 of Plaintiff's Complaint.

105. Defendant denies the allegations in Paragraph 105 of Plaintiff's Complaint.

106. Defendant denies the allegations in Paragraph 106 of Plaintiff's Complaint.

107. Defendant denies the allegations in Paragraph 107 of Plaintiff's Complaint.

108. Defendant denies that Plaintiff is entitled to the damages sought in Paragraph 108 of Plaintiff's Complaint. Defendant denies the remaining allegations in Paragraph 108 of Plaintiff's Complaint.

109. Defendant denies the allegations in Paragraph 109 of Plaintiff's Complaint.

110. Defendant reincorporates Paragraphs 1 through 109, above, as if fully rewritten herein.

111. Defendant denies the allegations in Paragraph 111 of Plaintiff's Complaint.

112. Defendant denies the allegations in Paragraph 112 of Plaintiff's Complaint.

113. Defendant denies the allegations in Paragraph 113 of Plaintiff's Complaint.

## SECOND DEFENSE

Plaintiff's claims are barred by the statute of limitations.

### THIRD DEFENSE

Defendant is immune from suit including legislative immunity, statutory immunity, governmental immunity, judicial immunity or any other immunities under Federal and State law.

### FOURTH DEFENSE

Plaintiff has failed to exhaust his administrative remedies.

### FIFTH DEFENSE

Defendant enjoys a qualified and/or absolute immunity, including statutory immunity under R.C. § 2307.22, *et seq*. and/or privilege in this case.

### SIXTH DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SEVENTH DEFENSE

If Plaintiff was injured or damaged, any and all such injury or damage was a proximate result of the intervening and/or superseding acts and/or criminal acts and/or omissions of persons and/or entities not under the control of this Defendant.

### EIGHTH DEFENSE

Defendant denies all allegations contained in the Plaintiff's Complaint that are not expressly admitted in this Amended Answer.

### NINTH DEFENSE

Plaintiff's alleged damages, if any, were proximately caused by the sole or contributory or comparative negligence of the Plaintiff.

### TENTH DEFENSE

Plaintiff's alleged damages, if any, were proximately caused by the sole or contributory or comparative negligence of others not presently known to this Defendant.

### ELEVENTH DEFENSE

Plaintiff has failed to mitigate damages, if any.

### TWELFTH DEFENSE

Plaintiff's claims are barred by the doctrines of waiver, estoppel, or laches.

### THIRTEENTH DEFENSE

Plaintiff assumed all risks by reason of the manner of their own actions.

### FOURTEENTH DEFENSE

Plaintiff failed to join necessary and indispensable parties.

### FIFTEENTH DEFENSE

Plaintiff's claims for damages violate the due process clauses of the Federal and Ohio Constitutions.

### SIXTEENTH DEFENSE

In the event Defendant is found liable, such liability is denied, and Defendant is only liable for its proportionate share of Plaintiff's alleged damages per R.C. § 2307.22, *et seq*.

### SEVENTEENTH DEFENSE

Any allocation of fault by a trier of fact must be consistent with R.C. § 2307.22, *et seq.*, R.C. § 2307.23, *et seq*.

### EIGHTEENTH DEFENSE

Plaintiff's claims are barred by the doctrines of res judicata, collateral estoppel, claim preclusion, and/or issue preclusion.

## NINETEENTH DEFENSE

Plaintiff's claims are subject to the immunities, defenses, and limitations on damages set forth in Chapter 2744 of the Ohio Revised Code and other applicable statutory immunity.

## TWENTIETH DEFENSE

At all times, Defendant acted reasonably, in good faith, upon advice of counsel, in accordance with law and/or in the exercise of their statutory duties and responsibilities.

## TWENTY-FIRST DEFENSE

Plaintiff's claims should be dismissed because whatever duties Defendant allegedly breached, if any, are duties owed to the public in general and are therefore subject to the "public duty rule."

**WHEREFORE,** Defendant prays that Plaintiff's Complaint be dismissed with prejudice and that Plaintiff be ordered to pay all costs and reasonable attorney fees sustained by this Defendant.

Respectfully submitted,

*/s/ Mac Malone*
Patrick Kasson (0055570)
Mac P. Malone (0102214)
**REMINGER CO., L.P.A.**
200 Civic Center Dr., Suite 800
Columbus, Ohio 43215
Tel:  (614) 228-1311 | Fax:  (614) 232-2410
pkasson@reminger.com
mmalone@reminger.com

*Counsel for Defendant Naftali Wolf*

## **JURY DEMAND**

Defendant hereby demands that this case be tried to a jury comprised of the maximum number of jurors allowable by law.

                                           */s/ Mac Malone*
                                           Patrick Kasson (0055570)
                                           Mac P. Malone (0102214)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF filing system on the 11th day of August, 2023, upon all parties and/or counsel of record.

                                               */s/ Mac Malone*
                                               Patrick Kasson (0055570)
                                               Mac P. Malone (0102214)