Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO - CLEVELAND DIVISION

_____

DEMETRIUS KERN,

      Plaintiff,

  v.                                  Case No.

NAFTALI WOLF, et al.,            1:23-CV-1327

      Defendants.

_____

VIDEOTAPED DEPOSITION OF

CARLY LEWIS

| | |
|---|---|
| DATE: | Thursday, June 13, 2024 |
| TIME: | 9:04 a.m. |
| LOCATION: | Baker Dublikar Beck Wiley & Mathews |
| | 400 South Main Street |
| | North Canton, OH 44720 |
| REPORTED BY: | David Ross |
| JOB NO.: | 6742301 |

```
 1                    A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF DEMETRIUS KERN:
 3         CHRISTOPHER WIEST, ESQUIRE
 4         Chris Wiest, Atty at Law, PLLC
 5         50 East Rivercenter Boulevard, Suite 1280
 6         Covington, KY 41011
 7         chris@cwiestlaw.com
 8         (513) 257-1895
 9
10         THOMAS B. BRUNS, ESQUIRE
11         Bruns, Connell, Volmar & Armstrong, LLC
12         4555 Lake Forest Drive, Suite 330
13         Cincinnati, OH 45242
14         tbruns@bcvalaw.com
15         (513) 312-9890
16
17    ON BEHALF OF DEFENDANT NAFTALI WOLF:
18         TOMMY H. KACZKOWSKI, ESQUIRE
19         Reminger Co., LPA
20         200 Civic Center Drive, Suite 800
21         Columbus, OH 43215
22         tkaczkowski@reminger.com
23         (614) 232-2443
24
25
```

```
 1            A P P E A R A N C E S (Cont'd)
 2   ON BEHALF OF DEFENDANT CLEVELAND HEIGHTS AND CARLY
 3   LEWIS:
 4        GREGORY A. BECK, ESQUIRE
 5        Baker Dublikar Beck Wiley & Mathews
 6        400 South Main Street
 7        North Canton, OH 44720
 8        beck@bakerfirm.com
 9        (330) 499-6000
10
11   ALSO PRESENT:
12        Ivan Bercian, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                      I N D E X
 2   EXAMINATION:                                         PAGE
 3        By Mr. Wiest                                       7
 4
 5                      E X H I B I T S
 6   NO.             DESCRIPTION                          PAGE
 7   Exhibit 1       Policy and Procedure Manual            80
 8   Exhibit 8       Certification List                     21
 9   Exhibit 9       Final Evaluation                       52
10   Exhibit 10      Police Report                         101
11   Exhibit 10a     CW Version of Road - By Hand          120
12   Exhibit 11      Body Cam Footage - Video              207
13   Exhibit 16      Radio Traffic - Audio                 204
14   Exhibit 17      First Video                           194
15   Exhibit 17a     Second Interview - 10/20 Video        202
16   Exhibit 21      Obstructing Code 525.07               186
17   Exhibit 24      Charges Filed                         247
18   Exhibit 25      Judgment Entry                        193
19   Exhibit 36      Anonymous Email                       255
20   Exhibit 40a     Interrogatory Responses               252
21
22            QUESTIONS INSTRUCTED NOT TO ANSWER
23                      PAGE       LINE
24                       256         3
25                       258         4
```

Page 5

1               P R O C E E D I N G S
2               THE REPORTER:  Good morning.  My name
3   is David Ross; I am the reporter assigned by Barlow Reporting
4   to take the record of this proceeding.  We are now on
5   the record at 9:04 a.m.
6               This is the deposition of Carly Lewis
7   taken in the matter of Demetrius Kern vs. Naftali
8   Wolf, et al. on Thursday, June 13, 2024, in North
9   Canton Ohio, Stark County.
10              I am a notary authorized to take
11  acknowledgments and administer oaths in Ohio.  Parties
12  agree that I will -- oh, nope.
13              Additionally, absent an objection on
14  the record before the witness is sworn, all parties
15  and the witness understand and agree that any
16  certified transcript produced from the recording of
17  this proceeding:
18              - is intended for all uses permitted
19                 under applicable procedural and
20                 evidentiary rules and laws in the
21                 same manner as a deposition recorded
22                 by stenographic means; and
23              - shall constitute written stipulation
24                 of such.
25              This proceeding will be recorded via

Page 6

1  video technology by Ivan Bercian from Barlow Reporting
2  & Video Services.
3              At this time will everyone in
4  attendance please identify yourself for the record,
5  beginning with you, Mr. Wiest.
6              MR. WIEST:  Chris Wiest and my
7  colleague Tom Bruns are here for the plaintiff,
8  Demetrius Kern.
9              MR. BECK:  I'm Greg Beck.  I'm here on
10 behalf of Cleveland Heights and Officer Carly Lewis.
11             MR. KACZKOWSKI:  Tommy Kaczkowski, on
12 behalf of Defendant Naftali Wolf.
13             THE REPORTER:  Thank you.
14             Hearing no objections, I will now swear
15 in the witness.
16             Ms. Lewis, please raise your right
17 hand.
18 WHEREUPON,
19                 CARLY LEWIS,
20 called as a witness and having been first duly sworn
21 to tell the truth, the whole truth, and nothing but
22 the truth, was examined and testified as follows:
23             THE REPORTER:  Thank you.
24             We may proceed.
25 //

Page 255

1  How long would it have taken you to have told Mr. Kern
2  that you needed his identification because he had
3  broken the law by failing to yield to lights and
4  sirens.  How long would that have taken?
5       A    A few seconds.
6       Q    Okay.  All right.  Let me give you 36.  I
7  received an anonymous email not long after filing this
8  lawsuit.
9            (Exhibit 36 was marked for
10                identification.)
11           Have you seen or do you know anything about
12  the contents of this email?
13      A    No, sir.
14      Q    Has anybody told you or has there been
15  anyone within the department who's told you that they
16  sent an email to Mr. Kern's lawyers on the filing of
17  the lawsuit?
18      A    No, sir.
19      Q    Okay.  Do you disagree with the prosecutor's
20  decision to dismiss the charges against Mr. Kern?
21      A    I do not.
22      Q    Okay.  I need to ask some follow-up
23  questions generally.  Do you own a home?
24      A    I do not.
25      Q    Do you have a bank account?

Page 256

1      A    I do.

2      Q    Where is that at?

3           MR. BECK:  She's not going to give you
4  any of that.  You don't have a right to that knowledge
5  now.

6           MR. WIEST:  Okay.  We have punitive
7  damages in this case, and I am entitled under existing
8  precedent to ask questions about the amounts of her
9  assets for the purposes of having the jury assess the
10 amount of punitive damages.

11          MR. BECK:  I know that, but I've just
12 never had anybody try to get it this early in the
13 case.  What I'm suggesting to you is that if the case
14 proceeds closer, I'm going to give you information on
15 that.  And I want to put it on the record, and I don't
16 think it's relevant at this point.

17          MR. WIEST:  Are you instructing her not
18 to answer?

19          MR. BECK:  I am.

20          MR. WIEST:  Okay.  For the record, I
21 was going to ask, and I'm assuming the instruction is
22 not to answer, about bank account amounts, other
23 account amounts, net worth, net assets for the
24 preceding two years, and I'm assuming that you're
25 going to instruct her not to answer on all of that for

Page 257

```
 1   the record.
 2               MR. BECK:  I am.
 3               MR. WIEST:  Okay.  That's fine.  We'll
 4   take that up later with the judge.  Okay.
 5   BY MR. WIEST:
 6       Q    Do you have any regrets sitting here today
 7   with respect to the interaction with Mr. Kern?
 8               MR. BECK:  Objection.
 9               You can answer.
10               THE WITNESS:  Yes.
11   BY MR. WIEST:
12       Q    And what were those?
13               MR. BECK:  Objection.
14               Go ahead.
15               THE WITNESS:  With the knowledge that I
16   have now, I wish I would have just walked away and
17   called another supervisor.
18   BY MR. WIEST:
19       Q    Has the City of Cleveland Heights offered
20   any additional follow-up training on obstruction
21   charges following the September 22, 2022, incident
22   with respect to its officer?
23       A    Only the OPOTA courses.
24       Q    Okay.  How many of those have you taken?
25       A    One every year.
```

Page 260

```
 1                    MR. KACZKOWSKI:  I do not.
 2                    MR. BECK:  We'll read it.
 3                    THE REPORTER:  Can I keep you on record
 4    for one moment though?  I just need to know about
 5    transcripts.
 6                    MR. WIEST:  Yeah, we are ordering
 7    E-tran.  No rush.
 8                    MR. BECK:  Same.
 9                    THE REPORTER:  Are you as well?
10                    MR. BECK:  Yes.  No rush.
11                    (Signature reserved.)
12                    (Whereupon, at 3:47 p.m., the
13                    proceeding was concluded.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 261

1         CERTIFICATE OF DEPOSITION OFFICER

2             I, DAVID ROSS, the officer before whom the

3    foregoing proceedings were taken, do hereby certify

4    that any witness(es) in the foregoing proceedings,

5    prior to testifying, were duly sworn; that the

6    proceedings were recorded by me and thereafter reduced

7    to typewriting by a qualified transcriptionist; that

8    said digital audio recording of said proceedings are a

9    true and accurate record to the best of my knowledge,

10   skills, and ability; that I am neither counsel for,

11   related to, nor employed by any of the parties to the

12   action in which this was taken; and, further, that I

13   am not a relative or employee of any counsel or

14   attorney employed by the parties hereto, nor

15   financially or otherwise interested in the outcome of

16   this action.

17                                              DAVID ROSS

18                                   Notary Public in and for the

19                                              State of Ohio

20

21   [X] Review of the transcript was requested.

22

23

24

25

Page 262

1 CERTIFICATE OF TRANSCRIBER

2 I, REAGAN JONES, do hereby certify that this
3 transcript was prepared from the digital audio
4 recording of the foregoing proceeding, that said
5 transcript is a true and accurate record of the
6 proceedings to the best of my knowledge, skills, and
7 ability; that I am neither counsel for, related to,
8 nor employed by any of the parties to the action in
9 which this was taken; and, further, that I am not a
10 relative or employee of any counsel or attorney
11 employed by the parties hereto, nor financially or
12 otherwise interested in the outcome of this action.

13
14
                                    <%32504,Signature%>
15                                       REAGAN JONES
16
17
18
19
20
21
22
23
24
25