UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| DEMETRIUS KERN | DATE: August 13, 2024 |
| | CASE NO. 1:23CV01327 |
| Plaintiff, | JUDGE CHARLES ESQUE FLEMING |
| vs. | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| NAFTALI WOLF, *et al.*, | COURT REPORTER: N/A |
| Defendants. | |

| Attorneys for Plaintiff: Chris Weist | Attorneys for Defendant Wolf: Patrick Kasson, Thomas Kaczkowski |
|---|---|
| | Attorney for Defendant Lewis and the City of Cleveland Heights: Andrea Ziarko |

PROCEEDINGS: A telephone status conference was conducted with the above participants on August 13, 2024. Briefs in opposition to Plaintiff's pending Motion to Compel (Doc No. 33) are due by close of business (5:00 p.m.) on **August 19, 2024**. Any reply brief in support of the pending Motion to Compel is due by close of business (5:00 p.m.) on **August 20, 2024**.

 An in-person meet and confer conference regarding Plaintiff's Motion to Compel is set for **August 21, 2024, at 2:00 p.m.,** in Chambers 10B, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Cleveland, Ohio.

  15 min
Total Time

> *s/ Jonathan D. Greenberg*
> United States Magistrate Judge