# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| DEMETRIUS KERN | DATE: August 21, 2024 |
| | CASE NO. 1:23CV01327 |
| Plaintiff, | JUDGE CHARLES ESQUE FLEMING |
| vs. | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| NAFTALI WOLF, *et al.*, | |
| | COURT REPORTER: N/A |
| Defendants. | |

| | |
|---|---|
| Attorneys for Plaintiff: Christopher Weist, Thomas Bruns | Attorneys for Defendants: Patrick Kasson, Gregory Beck |

PROCEEDINGS: An in-person meet and confer conference concerning discovery disputes was conducted with the above participants on August 21, 2024. The parties will continue to meet and confer. A telephonic status conference is set for Friday, **August 23, 2024 at 11:30 a.m.**

  60 min  
Total Time

*s/ Jonathan D. Greenberg*  
United States Magistrate Judge