IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO – Cleveland Division

| | | | |
|---|---|---|---|
| **DEMETRIUS KERN** | : | Case No. | 1:23-cv-1327 |
| Plaintiff | : | | |
| v. | : | | |
| **NAFTALI WOLF, et. al.** | : | | |
| Defendants | : | | |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER AND STAY CERTAIN ASPECTS OF THE CASE**

In order to address certain disputes that have arisen between the parties in relation to this matter, including with respect to discovery disputes, to resolve or avoid pending motions, and to help facilitate resolution of this case, the parties, through their respective Counsel, move to modify the scheduling order in this case (Doc. 15), in an effort to: (i) advance the deadline for dispositive motion filing, which the parties will believe may allow them to assess their relative strengths and weaknesses in this matter that may help resolve the matter; (ii) stay certain discovery in relation to that the filing (including certain fact discovery that is presently the matter of a dispute between the parties), including for the purpose of avoiding costs in light of dispositive motion practice.

The parties seek to hold in abeyance, and to stay until after dispositive motions are adjudicated (including appeals on any qualified immunity issues), (i) fact discovery on the issues of Defendant Wolf's mental health treatment and financial/net worth related discovery of Defendants Wolf and Lewis relative to punitive damage claims asserted against them; and (ii) expert related discovery.  Plaintiff and Defendants both intend to file dispositive motions in this case.

The parties have thus tendered an order that:

1. Advances the deadline for dispositive motions to October 31, 2024;

2. Stays and holds in abeyance fact discovery on the issues of Defendant Wolf's mental health treatment and financial/net worth related discovery of Defendants Wolf and Lewis relative to punitive damage claims asserted against them, until after dispositive motions are decided (and provides a period of 90 days for that to occur);

3. Resolves and withdraws as moot the pending motion to bifurcate (Doc. 36); and

4. Stays and holds in abeyance expert discovery and disclosures until after dispositive motions are decided (and provides a schedule for that to occur).

In furtherance to the above, Magistrate Judge Greenberg has indicated that he will take up the issue of a settlement conference with the parties after dispositive motions are briefed.

Respectfully submitted,

/s/ Christopher Wiest
Christopher Wiest (Ohio 0077931)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (v)
859/495-0803 (f)
chris@cwiestlaw.com

/s/Thomas B. Bruns
Thomas B. Bruns (Ohio 0051212)
Bruns, Connell, Vollmar, Armstrong
4555 Lake Forrest Dr., Suite 330
Cincinnati, OH 45242
513-312-9890 (v)
tbruns@bcvalaw.com
**Attorneys for Plaintiff**

/s/Thomas Spyker (per email authority)
D. Patrick Kasson
Thomas N. Spyker
Thomas H. Kaczkowski
Reminger Co., LPA
200 Civic Center Drive, Ste. 800
Columbus, OH 43215
614-228-1311 (v)
tspyker@reminger.com
**Attorneys for Defendant Wolf**

/s/Gregory A. Beck
Gregory A. Beck
Andrea K. Ziarko
Baker, Dublikar, Beck, Wiley & Mathews
400 South Main Street
North Canton, OH 44720
330-499-6000 (v)
beck@bakerfirm.com
**Attorneys for Defendants Lewis and City of Cleveland Heights**

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing upon all counsel of record, this 20 day of August, 2024, via filing same with the Court's CM/ECF system.

/s/Christopher Wiest