# Chris Wiest, Attorney at Law, PLLC

25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
(513)257-1895 (cellular)
chris@cwiestlaw.com
*admitted in Kentucky and Ohio

FILED

OCT 31 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

October 28, 2024

Re: *Kern v. Wolf, 1:23-cv-1327*
*Manual Filing*

Clerk of Court, Northern District of Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

To Whom It May Concern:

Please find enclosed a flash drive, containing videos and audio, in support of Plaintiff's forthcoming motion for partial summary judgment, and in support of what we anticipate will be Plaintiff's Opposition to Defendants' forthcoming motions for summary judgment. The Notice of Manual Filing, filed by us, and handsigned in ink, is also attached. Specifically, this flash drive contains the following:

(i) Exhibit 11 to depositions taken the Plaintiff, Carly Lewis Body Camera;
(ii) Exhibit 12 to depositions taken the Plaintiff, Naftali Wolf Body Camera;
(iii) Exhibit 13 to depositions taken the Plaintiff, Torres Body Camera 1;
(iv) Exhibit 14 to depositions taken the Plaintiff, Torres Body Camera 2;
(v) Exhibit 15 to depositions taken the Plaintiff, Webster Body Camera;
(vi) Exhibit 16 to depositions taken the Plaintiff, Dispatch recordings;
(vii) Exhibit 17 to depositions taken the Plaintiff, Lewis Internal Affairs interview;
(viii) Exhibit 17a to depositions taken the Plaintiff, Lewis Internal Affairs second interview;
(ix) Exhibit 19 to depositions taken the Plaintiff, Wolf, Internal Affairs interview;
(x) Exhibit 20 to depositions taken the Plaintiff, Kern/Britton meeting recording;
(xi) Kern_1119-20220922_185844.mp4 (video file produced in discovery by Plaintiff of his recording of his initial interaction with Carly Lewis);
(xii) Kern_1120-20220922_185903.mp4 (video file produced in discovery by Plaintiff of his recording of his initial interaction with Carly Lewis).

Please contact me if there are any questions.

Sincerely,

*[signature]*

1