C. Wiest
50 E. Rivercenter Blvd, Ste. 1280
Covington, KY 41011



**UNITED STATES POSTAL SERVICE.**

Retail

**G** US POSTAGE PAID
$5.55
Origin: 41018
10/28/24
2017660618-13

**USPS GROUND ADVANTAGE™**

0 Lb 1.50 Oz
**RDC 01**

C017

SHIP TO:
801 W SUPERIOR AVE
CLEVELAND OH 44113-1829



**USPS TRACKING® #**

9500 1152 0941 4302 0458 25



Clerk of Court, NDoH
801 West Superior Ave.
Cleveland, Ohio 44113