# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO – Cleveland Division

| | | | |
|---|---|---|---|
| **DEMETRIUS KERN** | : | Case No. | 1:23-cv-1327 |
| **Plaintiff** | : | | |
| v. | : | | |
| **NAFTALI WOLF, et. al.** | : | | |
| **Defendants** | : | | |

## DECLARATION OF DEMETRIUS KERN

Pursuant to 28 U.S.C. §1746, the undersigned, Demetrius Kern, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Demetrius Kern, and I am the Plaintiff in the above captioned matter.

2. A true and accurate copy of two recordings that I personally took and recorded on and during my September 22, 2022 interactions with Carly Lewis, are contained at Kern_1119-20220922_185844.mp4 (file produced in discovery by Plaintiff of his recording of his initial interaction with Carly Lewis) and Kern_1120-20220922_185903.mp4 (file produced in discovery by Plaintiff of his recording of his initial interaction with Carly Lewis).  These are authentic recordings of what they purport to be, and are contained in the manual filing that my attorneys made on my behalf in this matter in late October, 2024.

3. A true and accurate copy of the recording that I took with Chief Britton is contained at Exhibit 20, is an authentic recording of what it purports to be, and was contained in the manual filing that my attorneys made on my behalf in this matter in late October, 2024.

1

4. Exhibits 11 (Carly Lewis Body Camera), 12 (Naftali Wolf Body Camera), 13 (Torres Body Camera 1), 14 (Torres Body Camera 2), 15 (Webster Body Camera), 16 (Dispatch Recordings), 17 (Lewis IA interview), 17a (Lewis Second IA Interview), and 19 (Wolf IA interview), are all documents produced in this matter via the discovery process in this matter, or the open records process prior to it, and are business records kept by the City of Cleveland Heights and/or governmental records, are authentic records and recordings of what they purport to be, and were contained in the manual filing that my attorneys made on my behalf in this matter in late October, 2024.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on October 30, 2024.

_____
Demetrius Kern